**File Hashes for IP Address 174.51.129.187**

**ISP:** Comcast Cable
**Physical Location:** Aurora, CO

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/08/2014 07:11:54 | 57C96F715FF873727F249D5D9124A9883FEC287D | The Way I Feel |
| 02/01/2014 21:34:41 | 8F014E11FC0965AAED4D55B1441A61A2B64851C3 | Deep Longing |
| 01/30/2014 07:22:10 | 56F3866AAF049AE807E72CFF32F9517217DE1B7A | Elle Hearts Girls |
| 01/30/2014 02:05:53 | 5320BFD3FB93A574ACF86561A72115E9AD79320C | I Can Not Wait |
| 01/27/2014 03:27:41 | A3D2E44E922CAF5F39268A88B58B47905B81AD19 | Warm Inside |
| 01/27/2014 03:13:39 | 390AC371A93A941CFAF0234E920D541368FA0CC0 | The Young and the Restless |
| 11/18/2013 10:23:16 | A09964ADCA7EF13E59A5A697F5CFA354A85AA71F | Afternoon Picnic |
| 11/17/2013 18:43:14 | F70479C8FC5889E0063B7A7286834A97F85CFD9F | Russian Invasion |
| 11/17/2013 18:38:51 | 572BDEFD03AA01CE97775CC64292E202868AF432 | Girls Who Like Girls |
| 11/17/2013 18:14:19 | 1930E84AECF5D8111FB3F371ABE6D2159CCFD37C | Girls Love Pink and Diamonds |
| 11/17/2013 07:24:17 | 34835BE9A807CA40E07E39587215CB61A22EE610 | Lipstick Lesbians |
| 11/10/2013 21:08:38 | CF85DFCC3E8B64D49F5DC0875481F171D3428FE3 | So Close Together |
| 11/09/2013 22:33:13 | 8211D3AEE36C3CC6BD8089DE1F887F062D62DD36 | Finding Elysium |

**Total Statutory Claims Against Defendant: 13**